Hearing Date: January 4, 2011
Hearing Time: 10:30 a.m.
Location: 219 S. Dearborn St., Courtroom 742
Chicago, IL 60604

# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

| | | |
|---|---|---|
| In re: | § | Chapter 7 |
| | § | |
| Mcgrath, James J. | § | Case No. 10-22756 |
| | § | |
| Debtor | § | Hon. Carol A. Doyle |

## NOTICE OF TRUSTEE'S FINAL REPORT AND
## APPLICATIONS FOR COMPENSATION
## AND DEADLINE TO OBJECT (NFR)

Pursuant to Fed. R. Bankr. P. 2002(a)(6) and 2002(f)(8), please take notice that Joseph A. Baldi, Trustee, trustee of the above styled estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Applications for Compensation.

The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:

Kenneth S. Gardner
Clerk of the U.S. Bankruptcy Court
219 S. Dearborn, 7th Floor
Chicago, Illinois 60604

Any person wishing to object to any fee application that has not already been approved or to the Final Report, must file a written objection within 20 days from the mailing of this notice, serve a copy of the objections upon the trustee, any party whose application is being challenged and the United States Trustee. A hearing on the fee applications and any objection to the Final Report will be held at :

10:30 a.m.
on January 4, 2011
in Courtroom 742, U.S. Courthouse
219 S. Dearborn St., Chicago, IL

If no objections are filed, upon entry of an order on the fee applications, the Trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.

Date Mailed: _____          By: Kenneth Gardner_____
                                              Clerk of Bankruptcy Court

Joseph A. Baldi, Trustee
19 S. LaSalle St., Suite 1500, Chicago, IL 60603

UST Form 101-7-NFR (9/1/2009) *(Page: 1)*

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

In re: §
§
Mcgrath, James J. § Case No. 10-22756
§
Debtor(s) §

SUMMARY OF TRUSTEE'S FINAL REPORT
AND APPLICATIONS FOR COMPENSATION

| | | |
|---|---|---:|
| The Final Report shows receipts of | $ | 20,829.72 |
| and approved disbursements of | $ | 0.00 |
| leaving a balance on hand of[1] | $ | 20,829.72 |

Claims of secured creditors will be paid as follows:

| Claimant | Proposed Payment |
|---|---|
| | $ |

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Fees | Expenses |
|---|---|---|
| Trustee: Joseph A. Baldi, Trustee | $ 2,832.97 | $ 0.00 |
| Attorney for trustee: | $ | $ |
| Appraiser: | $ | $ |
| Auctioneer: | $ | $ |
| Accountant: | $ | $ |
| Special Attorney for trustee: | $ | $ |
| Charges: | $ | $ |

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. §326(a) on account of the disbursement of the additional interest.

UST Form 101-7-NFR (9/1/2009) *(Page: 2)*

| Reason/Applicant | Fees | Expenses |
|---|---|---|
| *Fees:* | $ | $ |
| *Other:* | $ | $ |
| *Other:* | $ | $ |

Applications for prior chapter fees and administrative expenses have been filed as follows:

| Reason/Applicant | Fees | Expenses |
|---|---|---|
| *Attorney for debtor:* | $ | $ |
| *Attorney for:* | $ | $ |
| *Accountant for:* | $ | $ |
| *Appraiser for:* | $ | $ |
| *Other:* | $ | $ |

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $ 0.00 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| Claim Number | Claimant | Allowed Amt. of Claim | Proposed Payment |
|---|---|---|---|
|  |  | $ | $ |
|  |  | $ | $ |
|  |  | $ | $ |

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 52,512.14 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 34.3 percent.

Timely allowed general (unsecured) claims are as follows:

| Claim Number | Claimant | Allowed Amt. of Claim | Proposed Payment |
|---|---|---|---|
| 000001 | Evergreen Bank Group | $ 51,939.66 | $ 17,800.55 |
| 000002 | US Bank N.A. | $ 435.62 | $ 149.29 |
| 000003 | OPHRYS, LLC | $ 136.86 | $ 46.91 |

Tardily filed claims of general (unsecured) creditors totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent.

Tardily filed general (unsecured) claims are as follows:

| Claim Number | Claimant | Allowed Amt. of Claim | Proposed Payment |
|---|---|---|---|
| _____ | _____ | $_____ | $_____ |
| _____ | _____ | $_____ | $_____ |
| _____ | _____ | $_____ | $_____ |

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent.

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

| Claim Number | Claimant | Allowed Amt. of Claim | Proposed Payment |
|---|---|---|---|
| _____ | _____ | $_____ | $_____ |
| _____ | _____ | $_____ | $_____ |
| _____ | _____ | $_____ | $_____ |

The amount of surplus returned to the debtor after payment of all claims and interest is $ 0.00 .

Prepared By: /s/_____
Joseph A. Baldi, Trustee

*Joseph A. Baldi, Trustee*
*Suite 1500*
*19 South LaSalle Street*
*Chicago, IL 60603*

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

# Notice Recipients

| | | |
|---|---|---|
| District/Off: 0752−1 | User: csimmons | Date Created: 11/23/2010 |
| Case: 10−22756 | Form ID: pdf006 | Total: 15 |

**Recipients submitted to the BNC (Bankruptcy Noticing Center):**

| | | | |
|---|---|---|---|
| db | James J. McGrath | 611 South Wells, #1408 | Chicago, IL 60607 |
| tr | Joseph A Baldi, Tr | Joseph Baldi &Associates   19 S Lasalle Street Suite 1500 | Chicago, IL 60603 |
| aty | Martin J O'Hearn | Law Offices Of Martin J O'Hearn   10047 S Western Ave | Chicago, IL 60643 |
| 15595384 | 611 South Wells Condo Assn. | c/o Sudler Property Mgmt.   875 N. Michigan Ave., #2600 | Chicago, IL 60611 |
| 15595380 | Bank of America | 201 N. Tryon Street   Charlotte, NC 28202 | |
| 15595385 | Barclays Bank Delaware | P.O. Box 8803   Wilmington, DE 19899 | |
| 15595381 | Evergreen Bank Group | 1515 W. 22nd Street   Oak Brook, IL 60523 | |
| 15715448 | Evergreen Bank Group | Attn: Paul J. Leake   1515 W. 22nd Street, Suite 125 | Oak Brook, IL 60523 |
| 15595382 | Evergreen Bank Group | c/o Crowley &Lamb PC   350 N. LaSalle, #900 | Chicago, IL 60610 |
| 15595386 | Fifth Third Bank | 5050 Kingsley Drive   Cincinnati, OH 45227 | |
| 16084930 | OPHRYS, LLC | C O WEINSTEIN AND RILEY, PS   2001 WESTERN AVENUE, STE 400 | SEATTLE, WA 98121 |
| 15595387 | US Bank | P.O. Box 108   St. Louis, MO 63166 | |
| 15595379 | US Bank Home Mortgage | 4801 Frederica Street   Owensboro, KY 42301 | |
| 15595383 | US Bank Home Mortgage | c/o Codilis &Assoc. PC   15W030 N. Frontage Rd #100 | Burr Ridge, IL 60527 |
| 16005856 | US Bank N.A. | Bankruptcy Department   P.O. Box 5229   Cincinnati, OH 45201 | |

TOTAL: 15

# CERTIFICATE OF NOTICE

```
District/off: 0752-1           User: csimmons              Page 1 of 1                   Date Rcvd: Nov 29, 2010
Case: 10-22756                 Form ID: pdf006             Total Noticed: 15

The following entities were noticed by first class mail on Dec 01, 2010.
db          +James J. McGrath,    611 South Wells, #1408,    Chicago, IL 60607-4789
aty         +Martin J O'Hearn,    Law Offices Of Martin J O'Hearn,    10047 S Western Ave,
              Chicago, IL 60643-1925
tr          +Joseph A Baldi, Tr,    Joseph Baldi & Associates,    19 S Lasalle Street Suite 1500,
              Chicago, IL 60603-1413
15595384    +611 South Wells Condo Assn.,    c/o Sudler Property Mgmt.,    875 N. Michigan Ave., #2600,
              Chicago, IL 60611-1821
15595380    +Bank of America,    201 N. Tryon Street,    Charlotte, NC 28202-2146
15595385    +Barclays Bank Delaware,    P.O. Box 8803,    Wilmington, DE 19899-8803
15595382    +Evergreen Bank Group,    c/o Crowley & Lamb PC,    350 N. LaSalle, #900,   Chicago, IL 60654-5136
15595381    +Evergreen Bank Group,    1515 W. 22nd Street,    Oak Brook, IL 60523-2007
15715448    +Evergreen Bank Group,    Attn: Paul J. Leake,    1515 W. 22nd Street, Suite 125,
              Oak Brook, IL 60523-8412
15595386    +Fifth Third Bank,    5050 Kingsley Drive,    Cincinnati, OH 45227-1115
16084930    +OPHRYS, LLC,    C O WEINSTEIN AND RILEY, PS,    2001 WESTERN AVENUE, STE 400,
              SEATTLE, WA 98121-3132
15595387   ++US BANK,    PO BOX 5229,    CINCINNATI OH 45201-5229
             (address filed with court:  US Bank,    P.O. Box 108,   St. Louis, MO 63166)
16005856   ++US BANK,    PO BOX 5229,    CINCINNATI OH 45201-5229
             (address filed with court:  US Bank N.A.,    Bankruptcy Department,   P.O. Box 5229,
              Cincinnati, OH 45201)
15595379    +US Bank Home Mortgage,    4801 Frederica Street,    Owensboro, KY 42301-7441
15595383    +US Bank Home Mortgage,    c/o Codilis & Assoc. PC,    15W030 N. Frontage Rd #100,
              Burr Ridge, IL 60527-6921

The following entities were noticed by electronic transmission.
NONE.                                                                                                TOTAL: 0

              ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Dec 01, 2010**                           **Signature:** *Joseph Speetjens*