UNITED STATES BANKRUPTCY COURT
DISTRICT OF
DIVISION

In re: §
 §
 §
Mcgrath, James J. § Case No. 10-22756
 §
 §
Debtor(s) §

CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION
REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY
ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)

Joseph A. Baldi, Trustee, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

Assets Abandoned:                                   Assets Exempt:
*(Without deducting any secured claims)*

Total Distributions to Claimants:                   Claims Discharged
                                                    Without Payment:

Total Expenses of Administration:

3) Total gross receipts of $        (see **Exhibit 1**), minus funds paid to the debtor and third parties of $      (see **Exhibit 2**), yielded net receipts of $          from the liquidation of the property of the estate, which was distributed as follows:

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $ | $ | $ | $ |
| PRIORITY CLAIMS: CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) |  |  |  |  |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) |  |  |  |  |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) |  |  |  |  |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) |  |  |  |  |
| **TOTAL DISBURSEMENTS** | $ | $ | $ | $ |

4) This case was originally filed under chapter ___ on ___. The case was pending for ___ months.

5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: _____    By:/s/Joseph A. Baldi, Trustee _____
Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

# EXHIBITS TO
# FINAL ACCOUNT

## EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE[1] | $ AMOUNT RECEIVED |
|---|---|---|
|  |  |  |
|  |  |  |
| **TOTAL GROSS RECEIPTS** |  | **$** |

[1] The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

## EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| NA |  |  |  |
| **TOTAL FUNDS PAID TO DEBTOR & THIRD PARTIES** |  |  | **$** |

## EXHIBIT 3 – SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
|  | 611 S. Wells Condo Assn |  |  |  |  |  |
|  | Bank of America |  |  |  |  |  |
|  | US Bank Home Mortgage |  |  |  |  |  |
| **TOTAL SECURED CLAIMS** |  |  | **$** | **$** | **$** | **$** |

## EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| JOSEPH A. BALDI, TRUSTEE | | | | | |
| TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES | | $ | $ | $ | $ |

## EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| NA | | | | | |
| TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES | | $ | $ | $ | $ |

## EXHIBIT 6 – PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| NA | NA | | | | | |
| TOTAL PRIORITY UNSECURED CLAIMS | | | $ | $ | $ | $ |

## EXHIBIT 7 – GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Fifth Third Bank | | | | | |
| 000001 | EVERGREEN BANK GROUP | | | | | |
| 000003 | OPHRYS, LLC | | | | | |
| 000002 | US BANK N.A. | | | | | |
| TOTAL GENERAL UNSECURED CLAIMS | | | $ | $ | $ | $ |

Case 10-22756 Doc 39 Filed 03/24/11 Entered 03/24/11 10:03:10 Desc Main
Document Page 6 of 9

FORM 1

INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT

ASSET CASES

Page: 1

Exhibit 8

| Case No.: | 10-22756 | CAD | Judge: Carol A. Doyle | | Trustee Name: | Joseph A. Baldi, Trustee |
|---|---|---|---|---|---|---|
| Case Name: | Mcgrath, James J. | | | | Date Filed (f) or Converted (c): | 05/18/10 (f) |
| | | | | | 341(a) Meeting Date: | 07/19/10 |
| For Period Ending: | 02/02/11 | | | | Claims Bar Date: | 10/21/10 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA=554(a) Abandon DA=554(c) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. Bank Accounts | 21,384.31 | 20,274.31 | | 20,829.31 | FA |
|    Private Bank - $18,811.69 | | | | | |
|    Fifth Third Bank - $2,572.62 | | | | | |
| 2. Post-Petition Interest Deposits (u) | Unknown | N/A | | 2.06 | Unknown |
| 3. Real Property | 89,000.00 | 0.00 | | 0.00 | FA |
| 4. CASH | 3,000.00 | 0.00 | | 0.00 | FA |
| 5. Furniture | 425.00 | 0.00 | | 0.00 | FA |
| 6. Clothes | 200.00 | 0.00 | | 0.00 | FA |
| 7. PENSION | 37,000.00 | 0.00 | | 0.00 | FA |
| 8. Automobiles and Other Vehicles | 29,405.00 | 0.00 | | 0.00 | FA |
| 9. Dog | 20.00 | 0.00 | | 0.00 | FA |
| TOTALS (Excluding Unknown Values) | $180,434.31 | $20,274.31 | | $20,831.37 | $0.00 |

Gross Value of Remaining Assets

(Total Dollar Amount in Column 6)

_____

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

Trustee liquidated assets; TFR filed; final hearing was held on 1/4/11; Trustee made final distribution; Trustee is in

the process of preparing his TDR

Initial Projected Date of Final Report (TFR):  / /        Current Projected Date of Final Report (TFR):  / /

FORM 2

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Page: 1
Exhibit 9

| Case No: | 10-22756 -CAD | | Trustee Name: | Joseph A. Baldi, Trustee |
| --- | --- | --- | --- | --- |
| Case Name: | Mcgrath, James J. | | Bank Name: | Bank of America, N.A. |
| | | | Account Number / CD #: | *******6480 Money Market Account (Interest Earn |
| Taxpayer ID No: | *******4393 | | | |
| For Period Ending: | 02/02/11 | | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
| --- | --- | --- | --- | --- | --- | --- | --- |
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Trans. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 09/01/10 | 1 | JAMES MCGRATH | DEBTOR'S BANK ACCOUNT | 1129-000 | 20,829.31 | | 20,829.31 |
| | | c/o Fifth Third Bank | | | | | |
| 09/30/10 | 2 | Bank of America, N.A. | Interest Rate 0.030 | 1270-000 | 0.41 | | 20,829.72 |
| 10/29/10 | 2 | Bank of America, N.A. | Interest Rate 0.030 | 1270-000 | 0.53 | | 20,830.25 |
| 11/30/10 | 2 | Bank of America, N.A. | Interest Rate 0.030 | 1270-000 | 0.52 | | 20,830.77 |
| 12/31/10 | 2 | Bank of America, N.A. | Interest Rate 0.030 | 1270-000 | 0.53 | | 20,831.30 |
| 01/05/11 | 2 | Bank of America, N.A. | INTEREST REC'D FROM BANK | 1270-000 | 0.07 | | 20,831.37 |
| 01/05/11 | | Transfer to Acct #*******6668 | Final Posting Transfer | 9999-000 | | 20,831.37 | 0.00 |
| | | | for final distribution | | | | |

| Account *******6480 | | Balance Forward | 0.00 | | | |
| --- | --- | --- | --- | --- | --- | --- |
| | 1 | Deposits | 20,829.31 | 0 | Checks | 0.00 |
| | 5 | Interest Postings | 2.06 | 0 | Adjustments Out | 0.00 |
| | | | | 1 | Transfers Out | 20,831.37 |
| | | Subtotal | $ 20,831.37 | | | |
| | | | | | Total | $ 20,831.37 |
| | 0 | Adjustments In | 0.00 | | | |
| | 0 | Transfers In | 0.00 | | | |
| | | Total | $ 20,831.37 | | | |

UST Form 101-7-TDR (10/1/2010) (Page: 7)

Ver: 16.01c

FORM 2

Page: 2

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Exhibit 9

| Case No: | 10-22756 -CAD | Trustee Name: | Joseph A. Baldi, Trustee |
|---|---|---|---|
| Case Name: | Mcgrath, James J. | Bank Name: | Bank of America, N.A. |
| | | Account Number / CD #: | *******6668 Checking Account (Non-Interest Earn |
| Taxpayer ID No: | *******4393 | | |
| For Period Ending: | 02/02/11 | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Trans. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |


| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Trans. Code | Deposits ($) | Disbursements ($) / Account CD Balance ($) |
| | | | BALANCE FORWARD | | | 0.00 |
| 01/05/11 | | Transfer from Acct #*******6480 | Transfer In From MMA Account for final distribution | 9999-000 | 20,831.37 | 20,831.37 |
| 01/05/11 | 001001 | JOSEPH A. BALDI , as Trustee<br>19 S. LaSalle Street<br>Suite 1500<br>Chicago, Illinois 60603 | Trustee Compensation | 2100-000 | | 2,832.97 / 17,998.40 |
| 01/05/11 | 001002 | Evergreen Bank Group<br>Attn: Paul J. Leake<br>1515 W. 22nd Street, Suite 125<br>Oak Brook, IL 60523 | Claim 000001, Payment 34.27% | 7100-000 | | 17,802.18 / 196.22 |
| 01/05/11 | 001003 | US Bank N.A.<br>Bankruptcy Department<br>P.O. Box 5229<br>Cincinnati, OH 45201 | Claim 000002, Payment 34.28% | 7100-000 | | 149.31 / 46.91 |
| 01/05/11 | 001004 | OPHRYS, LLC<br>C O WEINSTEIN AND RILEY, PS<br>2001 WESTERN AVENUE, STE 400<br>SEATTLE, WA 98121 | Claim 000003, Payment 34.28% | 7100-000 | | 46.91 / 0.00 |

| Account *******6668 | Balance Forward | 0.00 | | | |
|---|---|---|---|---|---|
| 0 | Deposits | 0.00 | 4 | Checks | 20,831.37 |
| 0 | Interest Postings | 0.00 | 0 | Adjustments Out | 0.00 |
| | | | 0 | Transfers Out | 0.00 |
| | Subtotal | $ 0.00 | | | |
| 0 | Adjustments In | 0.00 | | Total | $ 20,831.37 |
| 1 | Transfers In | 20,831.37 | | | |
| | Total | $ 20,831.37 | | | |

FORM 2

Page: 3

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Exhibit 9

| Case No: | 10-22756 -CAD | Trustee Name: | Joseph A. Baldi, Trustee |
|---|---|---|---|
| Case Name: | Mcgrath, James J. | Bank Name: | Bank of America, N.A. |
| | | Account Number / CD #: | *******6668  Checking Account (Non-Interest Earn |
| Taxpayer ID No: | *******4393 | | |
| For Period Ending: | 02/02/11 | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Trans. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |

| | Report Totals | Balance Forward | 0.00 | | | |
|---|---|---|---|---|---|---|
| | 1 | Deposits | 20,829.31 | 4 | Checks | 20,831.37 |
| | 5 | Interest Postings | 2.06 | 0 | Adjustments Out | 0.00 |
| | | | | 1 | Transfers Out | 20,831.37 |
| | | Subtotal | $ 20,831.37 | | | |
| | | | | | Total | $ 41,662.74 |
| | 0 | Adjustments In | 0.00 | | | |
| | 1 | Transfers In | 20,831.37 | | | |
| | | Total | $ 41,662.74 | | Net Total Balance | $ 0.00 |